IN THE SUPREME COURT OF THE STATE OF NEVADA

ZACKERY ALLEN CRABTREE,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE;
AND THE HONORABLE KIMBERLY A.
WANKER, DISTRICT JUDGE,
Respondents.

No. 83010

FILED

JUL 01 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus seeks to compel the district court to entertain unexhausted claims, allegedly set forth in petitioner's postconviction petition for a writ of habeas corpus filed on May 5, 2021, pursuant to a federal district court order.

The decision to entertain a petition for extraordinary writ relief lies within the discretion of this court. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). A writ of mandamus is available only to compel the performance of a legally required act or to cure an arbitrary and capricious exercise of discretion. *Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 603-04, 637 P.2d 534, 536 (1981). It is petitioner's burden to demonstrate that extraordinary relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Problematically, petitioner has not provided this court with a copy of the postconviction petition for a writ of habeas corpus he contends he filed on May 5, 2021—precluding writ relief. *See* NRAP 21(a)(4)

21-18961

(providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Kimberly A. Wanker, District Judge
Zackery Allen Crabtree
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk